UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

          Plaintiff,

vs.

TERESA MEZA CAPOEMAN (1),

          Defendant.

CASE NO. 12CR3855-W

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    COUNT 1-21 USC 952 AND 960 - IMPORTATION OF HEROIN

    COUNT 2-21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/29/12

                            Thomas J. Whelan
                            U.S. District JudgeX